UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ALLIANCE LAUNDRY SYSTEMS LLC,

    Plaintiff,

v.                                       Civil Action No.: 21-cv-11702-RHC-CI

SHIFFONE ENTERPRISES LLC

and

SHIFFONE L. MOORE

    Defendants.

## ORDER FOR DEFAULT JUDGMENT

The Court, having considered the Motion for Default Judgment (the "Motion") filed by Plaintiff Alliance Laundry Systems LLC ("Plaintiff"), and further noting the Entry of Default as to Defendants Shiffone Enterprises LLC and Shiffone L. Moore ("Defendants"), determines that the Motion should be, and hereby is, in all things, GRANTED.

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants. Plaintiff is entitled to judgment against Defendants, jointly and severally, in the amount of $85,990.28 calculated as of September 10, 2021, plus attorneys' fees and costs in the amount of $19,005.00.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**UPON ENTRY OF JUDGMENT BY THE CLERK OF COURT, THIS ORDER IS THE FINAL ORDER FOR PURPOSES OF APPEAL.**

Dated this 27 day of October, 2021.

                                      BY THE COURT:

                                      s/Robert H. Cleland
                                      Honorable Robert H. Cleland